

# Fourth Court of Appeals
## San Antonio, Texas

June 13, 2018

No. 04-18-00290-CR

Roberto **ESPARZA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR10325
Honorable Joey Contreras, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on June 13, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of June, 2018.

_Keith E. Hottle_
Keith E. Hottle, Clerk of Court